Order entered March 22, 2021



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00098-CV

### IN RE EDWARD THOMPSON, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80391-2021**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/    DENNISE GARCIA
       JUSTICE